**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MELISSA BETH PINE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-527** |
| | : | |
| **DEPARTMENT OF EDUCATION,** *et al.* | : | |
| | : | |

# ORDER

AND NOW, this 4th day of May 2020, upon considering Defendant Reliant Capital Solutions, LLC's Motion to dismiss or for more definite statement (ECF Doc. No. 37), Plaintiff's *pro se* Opposition (ECF Doc. No. 48), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant Reliant Capital Solutions, LLC's Motion (ECF Doc. No. 37) is **GRANTED** without prejudice to the *pro se* Plaintiff filing an amended complaint consistent with the Federal Rules on or before **May 18, 2020** or we shall dismiss Reliant Capital Solutions, LLC without prejudice and proceed against the Department of Education on the presently filed Complaint (ECF Doc. No. 1).

**KEARNEY, J.**