# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA BETH PINE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-527 |
| | : | |
| **DEPARTMENT OF EDUCATION,** *et al.* | : | |

# ORDER

**AND NOW**, this 28th day of July 2020, upon considering the Defendant Reliant Capital Solutions' Motion to dismiss (ECF Doc. No. 55), no timely opposition almost two months later but following today's oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant Reliant Capital Solutions' Motion to dismiss (ECF Doc. No. 55) is **GRANTED in part** and **DENIED in part**:

1. Defendant's Motion (ECF Doc. No. 55) is **DENIED** as to the Plaintiff's negligence and Fair Debt Collection Practices Act claim based on presently plead theories of Reliant Capital Solutions' attempt to collect a fraudulent debt and using means to collect a debt violative of notice requirements under federal law subject to discovery and Defendant shall file an answer to these allegations no later than **August 11, 2020**; and,

2. Defendant's Motion (ECF Doc. No. 55) is **GRANTED** as to all other claims:

   a. Plaintiff's claim under the Higher Education Act is **dismissed** with prejudice; and,

   b. Plaintiff's remaining claims are **dismissed** without prejudice.

*/s/ Mark C. Kearney*
**KEARNEY, J.**